CRIMINAL DEFENSE ASSOCIATES
ALAN BAUM, ESQ; SBN 42160
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIF  91364

Telephone: (818) 313-6870
Facsimile:  (818) 313-6871

Attorneys for Defendant
PAMELA MOLNER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:04-CR-0357 MCE |
| Plaintiff, | **JOINT STIPULATION and ORDER** |
| vs. | Date:   May   10, 2007 |
| PAMELA MOLNER, | Time:   9:00 a.m. |
| Defendants. | Honorable Morrison C. England, Jr. |

    The Parties: The United States of America, by and through its counsel of record, The United States Attorney for the Eastern District of California, McGregor W. Scott, and Assistant United States Attorney, Carolyn K. Delaney; as well as the defendant Pamela Molner, by and through her counsel of record, Alan Baum, hereby stipulate to request that this Court re-schedule the  status conference currently set for May 10, 2007 to **May 31, 2007, at 9:00 a.m.**

    The reason for this continuance is to allow counsel for defendant further time to prepare, and to allow the parties to further discuss a settlement of the case.. This Court has previously determined that this case is complex.

    The parties therefore, also request that time continue to be tolled from May 10, 2007 through and including May 31, 2007 pursuant to: (1) Local Code T4 and Title 18, U.S.C.,

3161(h)(8(B)(iv)(preparation of counsel); and (2) Local Code T2 and Title 18, U.S.C., 3161(h)(8(B)(ii)(due to case complexity).

    Based on the foregoing and by stipulation, the parties jointly request that the court re-schedule the status conference currently set on May 10, 2007 to May 31, 2007, at 9:00 a.m.

IT IS SO STIPULATED.

Date:  May 3, 2007           /s/ Carolyn K. Delaney
                                  Carolyn K. Delaney
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff
                                  United States of America

Date:  May 3, 2007           /s/ Alan Baum
                                  (Original retained by filing attorney)
                                  Alan Baum
                                  Attorney for Defendant, Pamela Molner

## O R D E R

    The parties' Stipulation regarding the re-scheduling of status conference is accepted by the Court and the status conference is continued from May 10, 2007 to May 31, 2007 at 9:00 a.m.  Time will continue to be tolled from May 10, 2007 to May 31, 2007, pursuant to Local Code T4 and Title 18, U.S.C., §3161(h)(8)(B)(iv); and  pursuant to Local Code T2 and Title 18, U.S.C., §3161(h)(8)(B)(ii).

**IT IS SO ORDERED.**

 Dated:  May 23, 2007

                                              _____
                                              MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE