```
1  MCGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2798
```

**FILED**

MAY 31 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                ) CR. No. S-04-357 MCE
                                         )
                Plaintiff,               ) VIOLATION: 31 U.S.C. § 5332 -
                                         ) Bulk Cash Smuggling
          v.                             )
                                         )
PAMELA MOLNER,                           )
                                         )
                Defendant.               )
_____)

S U P E R S E D I N G    I N F O R M A T I O N

The United States Attorney charges: T H A T

PAMELA MOLNER,

defendant herein, between or about June 5, 2004 and on or about June 9, 2004, in the Eastern District of California and elsewhere, with the intent to evade a currency reporting requirement under Title 31 U.S.C. § 5316, knowingly concealed more than $10,000 in currency, on her person and in a conveyance and article of luggage and other container, and attempted to transport and transfer such currency from a place within the United States to a place outside of the

1

1 | United States, in violation of Title 31, United States Code, Section
2 | 5332(a)(1).
3 |
4 | Dated: May 25, 2007                    MCGREGOR W. SCOTT
5 |                                        United States Attorney
6 |                              By        /s/ Carolyn K. Delaney
7 |                                        CAROLYN K. DELANEY
                                           Assistant U.S. Attorney

## PENALTY SLIP

31 U.S.C. 5332(a)(1)
Bulk Cash Smuggling

Maximum Sentence:  5 years imprisonment
$250,000 fine
3 years supervised release