```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> PAMELA MOLNER, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:04-cr-00357-MCE <br><br><br> STIPULATION AND ORDER |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and her counsel, Alan Baum, that the sentencing set for October 18, 2007, be vacated and reset for Thursday, January 10, 2008.

Dated: October 10, 2007              Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     U.S. Attorney

                                     /s/ Carolyn K. Delaney

                                     CAROLYN K. DELANEY
                                     Assistant U.S. Attorney

1

1 | Dated: October 10, 2007                    /s/ Alan Baum
2 |                                             ALAN BAUM
3 |                                             Attorney for Pamela Molner

**ORDER**

**IT IS HEREBY ORDERED:**   That the sentencing for defendant Pamela Molner scheduled for October 18, 2007, is rescheduled to Thursday, January 10, 2008.

Dated: October 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2